STATE OF NEW JERSEY v. RENE TELLIER.

November 10, 1980.

Cross-petition for certification denied.

STATE OF NEW JERSEY v. THOMAS GOVAN.

November 10, 1980.

Petition for certification denied.

HELEN PAPI v. ANTHONY PAPI.

November 10, 1980.

Certification is granted, and the matter is summarily remanded to the Superior Court, Chancery Division, Middlesex County for reconsideration of the trial court award of child support and alimony in light of the opinion of the Superior Court, Appellate Division correcting the equitable distribution award. Jurisdiction is not retained.

TOWNSHIP OF SOUTH HACKENSACK v. BOROUGH OF TETERBORO.

November 10, 1980.

Petition for certification denied.